1

2

3

4 **UNITED STATES DISTRICT COURT**

5 **DISTRICT OF NEVADA**

6 * * *

7 DUSTON OMAR MILLER,                    Case No. 2:16-cv-02051-RFB-GWF

8                     Plaintiff,          **ORDER TO PRODUCE
                                          DUSTON OMAR
9        v.                               MILLER**, #1197568

10 WILL HUBBARD, et al,

11                     Defendants.

12

13    TO:    MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and
14    TO:    BRIAN E. WILLIAMS, SR., HIGH DESERT STATE PRISON
             INDIAN SPRINGS, NV
15           UNITED STATES MARSHAL FOR THE DISTRICT OF
             NEVADA AND ANY OTHER UNITED STATES MARSHAL
16
17        **THE COURT HEREBY FINDS** that **DUSTON OMAR MILLER, #1197568,** is

18 presently in custody of the Nevada Department of Corrections, located at High Desert State

19 Prison, Indian Springs, Nevada.

20        **IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee,

21 shall transport and produce **DUSTON OMAR MILLER, #1197568,** to the Lloyd D. George

22 United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas,

23 NV, on or about Wednesday, November 7, 2018, at the hour of 3:00 p.m., to attend the hearing

24 in the instant matter, and arrange for his appearance on said date as may be ordered and directed by

25 the Court entitled above, until the said **DUSTON OMAR MILLER, #1197568,** is released and

26 discharged by the said Court, and that said **DUSTON OMAR MILLER, #1197568,** shall thereafter

27

28

be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

.

      **DATED** this <u>29th</u> day of October, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**