UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

DUSTON OMAR MILLER,

    Plaintiff,

    v.

WILL HUBBARD, *et al.*,

    Defendants.

Case No. 2:16-cv-02051-RFB-GWF

ORDER

        The Ninth Circuit referred this matter to this Court for the limited purpose of determining whether Plaintiff Duston Omar Miller's *in forma pauperis* status should continue for the duration of his appeal. ECF No. 52. Miller appeals this Court's November 7, 2018 Order, in which this Court dismissed Miller's claims that defendants lacked probable cause to support the initial seizure of Miller and falsified evidence that supported Miller's conviction.

        After review of the record, this Court certifies that the appeal is not taken in good faith and finds that Miller's *in forma pauperis* status should therefore be revoked. "An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). An appeal is not taken in good faith if it is frivolous. Neitzke v. Williams, 490 U.S. 319, 325. An appeal is frivolous if it lacks "an arguable basis either in law or in fact." Id. (quotation omitted). Because Miller challenges the validity of his initial seizure and the evidence upon which he was convicted, his claims are barred by Heck v. Humphrey as his conviction has not been overturned independently from this suit. 512 U.S. 477 (1944) (prohibiting civil rights claims based on actions that would render an underlying conviction invalid when the conviction has not been reversed, expunged, or called into question by a writ of habeas corpus); see also Smithart v. Towery, 79 F.3d 951, 952 (9th Cir. 1996) (applying Heck to challenges

regarding probable cause in a civil rights suit). Miller's claims therefore lack an arguable basis in the law, rendering the instant appeal frivolous. Because the instant appeal is frivolous—and therefore not made in good faith—this Court finds that Miller's *in forma pauperis* status shall not continue for purposes of the appeal.

**IT IS THEREFORE ORDERED** that Plaintiff Duston Miller's *in forma pauperis* status is revoked based on this Court certification that his appeal is not made in good faith.

DATED: December 13, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**